

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

ORLANDER K. NORTHERN )
_____ )
_____, )
       Plaintiff(s), )   16CV7200
        )   JUDGE CHANG
       vs. )   MAG. JUDGE VALDEZ

John H. Stroger Jr )
Hsp. of Cook County )
_____ )
       Defendant(s). )

**RECEIVED**
JUL 13 2016
7-13-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ORLANDER K. NORTHERN.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, __John H. Stroger Jr Hosp. of Cook County__
   (name, badge number if known)

   ☒ an officer or official employed by __Cook County__ ;
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   _____ , in the County of _____ ,
   State of Illinois, at _____ ,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____
   _____

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: **(*Leave blank if no custom or policy is alleged*):**_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. **(*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*)** The criminal proceedings

   ☒ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____.

   ☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

July 13, 2014

My name is Orlander Keith Northern and I would like to appeal to the United States District Court for the Northern District of Illinois for free representation in my Civil Case against my employer Cook County Hospital.

In June of 2015, I was pulled off duty in the ER room by my Superiors, no explanation was provided as to why they wanted me to perform a fitness for duty evaluation. I immediately contacted my union representative Richard Love so he could be present with me, to see if he could get an explanation as well, still no supporting evidence to warrant why they needed me to supply a urine sample. I complied because failure to do so, could have resulted in my termination, I had nothing to hide anyway. When I went over to HR to present my paperwork from Employee Health, saying I was off duty until further notice, they were completely stunned, since my supervisor and the ER department head, never consulted with HR, before having me go for this type of testing. Human Resources told me to go home and they would investigate the matter, later they contacted me and told me I was on paid administrative leave. The urine sample came back clean they wanted me to report back to work, pending my doctors say it was okay for me to return, well my doctors never took me off duty, County's Employee Health removed off duty.

When I started to question them about why I was taken off duty, they couldn't provide me with an explanation at all, I had every right to question them, because my rights were violated. They proceeded to take it a step further and then told me they wanted me to go for another evaluation, I asked what for? they wanted me to see some outside doctors, to my dismay and chagrin it was a mental evaluation with two psychiatrist to determine if I was mentally stable to perform my job. I suffer from depression which is manageable with medication and for years County's Employee Health have approved my FMLA leave based on the medical expertise of my doctors which was never a problem at all.

After one visit and of course access to my medical records they deemed me as a threat, based off one day of testing, even though they agreed with the diagnosis of my primary doctors who have been treating me for years saying I am able to do my job and I pose a threat to no one. There **have been no complaints from patients or staff** saying I'm a threat to them at all. My work performance evaluations have been stellar and in the high 90's percentile since I have been there for 13 years. The problem began when I started to file grievances against my department for HIPPA violations, unfair working conditions, and payroll errors.

I have lost considerable income, even though I am on paid leave, I have lost over time pay and paid holidays, which I am not entitled too, while I am on leave. I want to get back to work as quickly as possible, to provide for my wife and daughter like a family head should. This have been humiliating and stressing on all levels that your employer is deliberately trying to hinder you from making a living and using my disability against me. I am seeking monetary compensation from my employer at this time, for this unnecessary hardship put upon me at this time and I hope that the courts appoint me a lawyer who is willing to take me on as a client Pro Bono.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I AM A PARAMEDIC AND I CARRY A LEGAL SIZE POCKET KNIFE TO CUT SEAT BELTS OR LOOSEN CLOTHING THAT RESTRICT. AND ITS JUST HANDY ALL AROUND OPENING BOXES AN SUCH. AM ALSO A SPORTSMEN HUNT AND FISH. POCKET KNIFE IS A TOOL FOR ME. IT CAME OUT MY POCKET INTO A CHAIR I WAS SITTING IN. I WAS AT AN APPOINTMENT AT EMPLOYEE HEALTH SO I WAS LEAVING THE BUILDING THEN NOTICE MY KNIFE WAS GONE SO I TRACE MY STEPS BACK TO EMPLOYEE HEALTH AND COUNTY POLICE WAS THERE TOOK ME TO THERE STATION RELEASED ME BUT KEPT MY KNIFE

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

HIPA VIOLATION THERE WERE PEOPLE THERE THAT HAD NO BUSINESS KNOWING MY MEDICAL RECORD DR. KELLEHER WAS TALK TO A MAN ABOUT MY MEDICAL RECORD HE IS A SUPERVISOR IN THE FANTUS CLINIC.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Orlander Northern*

Plaintiff's name *(print clearly or type)*: ORLANDER K. NORTHERN

Plaintiff's mailing address: 9658 SO. WINSTON

City CHICAGO   State ILL.   ZIP 60643

Plaintiff's telephone number: (773) 701-6451

Plaintiff's email address *(if you prefer to be contacted by email)*: ORLANDERNORTHER@yahoo.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

1: 16-CV-05926

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5