# NOTICE OF APPEAL.

AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 14 2016 JT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)** ORLANDER NORTHERN

Case No. 1:16-cv-07200

V.

**Defendant(s)**
John Stroger Jr. Hosp. of Cook County

I NEED a PRO BONO LAWYER TO HELP ME I DON'T KNOW HOW TO FILE MY COMPLAINTS CORRECTLY I FEEL THIS IS THE ONLY REASON IM BEING DENIED AND OR MOVE FORWARD. I WAS DONE A GREAT INJUSTICE (STILL HAPPENING) EVEN MY UNION SEIU LOCAL #73 AREN'T REPRESENTING ME FAIRLY OUT OF 13YRS. EMPLOYED NEVER FAILED A DRUG TEST NOR BEEN WRITTEN UP FOR ANY THING BAD. ALL MY YEARLY EVALUATIONS ARE 90% AND ABOVE. SO I'M PLEADING TO THE COURT FOR HELP! AND I PRAY THE SYSTEM DON'T FAIL ME. HUMBLE.

ILND 450 (Rev. 10/13) Judgement in a Civil Case

Case: 1:16-cv-07200 Document #: 7 Filed: 09/29/16 Page 1 of 1 PageID #:17
Case: 1:16-cv-07200 Document #: 8 Filed: 10/14/16 Page 2 of 4 PageID #:19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Orlando K. Northern,

Plaintiff(s),

v.

John H. Stroger, Jr. and Hospital of Cook County,

Defendant(s).

Case No. 16 C 7200
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice to the amended complaint filed in 16 C 05926.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion

Date: 9/29/2016

Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks, Deputy Clerk

Orlander K. Northern
9658 S. Winston
Chicago IL 60643
US

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Orlander K. Northern
                        Plaintiff,

v.                                       Case No.: 1:16−cv−07200
                                              Honorable Edmond E. Chang

John H. Stroger Jr., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: Before filing this lawsuit, Plaintiff Orlander Northern filed a complaint against Defendant Stroger Hospital, which is the same defendant named in this suit. The earlier case is Case No. 16 C 05926. In the earlier case, Judge Tharp dismissed the complaint without prejudice, 16 C 05926, R. 6, to filing an amended complaint, which Plaintiff filed, 16 C 05926, R. 8. That amended complaint is identical to the one docketed in this case (16 C 07200). When a plaintiff has filed duplicative complaints, as Plaintiff has here, the Court has discretion to dismiss the later filed suit, which is this one. See McReynolds v. Merrill Lynch & Co., 694 F.3d 873, 888−89 (7th Cir. 2012). Accordingly, this complaint is dismissed without prejudice to the amended complaint filed in 16 C 05926. Civil case terminated. A separate AO−450 judgment shall be entered. The pending motions are terminated as moot in light of the closure of this case. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.