

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604



**Thomas G. Bruton**
**Clerk**

312-435-5670

Date December 23, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: Orlander K. Northern v. John H. Stroger, Jr.

U.S.C.A. - 7TH CIRCUIT
R E C E I V E D
DEC 23 2016 SK
GINO J. AGNELLO
CLERK

USDC Case Number: 16 CV 7200
USCA Case Number: 16-3697

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):     1 (Flash Drive)

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ Sheila Moore
Deputy Clerk

Rev. 09/23/2016